# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ANDERSON DIVISION

| | | |
|---|---|---|
| David Johnson, | ) | C.A. No. 8:21-cv-00424-TMC-JDA |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S ANSWERS TO LOCAL** |
| v. | ) | **RULE 26.01 INTERROGATORIES** |
| | ) | |
| South Carolina Highway Patrol, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff answers the Court's interrogatories pursuant to Local Rule 26.01, D.S.C., as follows:

**(A)** **State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**Answer:** None known.

**(B)** **As to each claim, state whether it should be tried jury or nonjury and why.**

**Answer:** All of Plaintiff's claims are triable to a jury as Plaintiff requested.

**(C)** **State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

**Answer:** None

**(D)** **State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**Answer:** This action was removed by Defendants to this Court. Plaintiff

**(E)** **Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.**

**Answer:** Defendant is not aware of any related actions.

**(F)    If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

    **Answer:**     Defendant is properly identified.

**(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

    **Answer:**     Not known.

Respectfully submitted,

s/Peter A. Rutledge
Peter A. Rutledge (SC Bar #15899)
(864) 906-2521
66 Faris Circle
Greenville, SC 29605
Peter@PRutLaw.com

**ATTORNEY FOR PLAINTIFF**

February 11, 2021